# Court of Appeals, State of Michigan

## ORDER

People of MI v Megan Ashley Culver

Docket No.    336470

LC No.    16-023506-FH

Thomas C. Cameron
Presiding Judge

Patrick M. Meter

Stephen L. Borrello
Judges

---

The Court orders that the June 19, 2018 opinion is hereby AMENDED to correct a clerical error. On page seven, fifth paragraph, the fourth line is amended to read: that Arntz would have been charged with a misdemeanor for running.

In all other respects, the June 19, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 2 2 2018
_____
Date

_____
Chief Clerk